RECEIVED
IN MONROE, LA

MAR 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

RICHARD L. WALKER

VS.

PEGGY J. SULLIVAN, ET AL.

CIVIL ACTION NO. 05-1802

SECTION P

JUDGE JAMES

MAGISTRATE JUDGE HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 27 day of March , 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE